# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Yeng Vang,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>Jefferson B. Sessions III, Attorney General; John F. Kelly, Secretary of the Department of Homeland Security; and Scott Baniecke,<br><br>　　　　　　　Respondents. | Case No. 16-cv-2705 (SRN/HB)<br><br>**ORDER<br>ON REPORT AND<br>RECOMMENDATION** |

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Report and Recommendation ("R&R") dated May 31, 2017, of United States Magistrate Judge Hildy Bowbeer. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record and adopts the R&R in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Yeng Vang's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his custody by U.S. Immigration and Customs Enforcement (ICE) [Doc. No. 1] is **DENIED AS MOOT**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 19. 2017　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　United States District Judge